EDWARD A. TREDER
State Bar No. 116307
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
917 S. Village Oaks Drive, Suite 200
Covina, California 91724
(626) 915-5714 – Phone
(626) 915-0289 – Fax
edwardt@bdftw.com

IT IS SO ORDERED
Judge James Ware
9/2/2009

Attorneys for Defendant NDEx WEST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO DEL VALLE, an Individual, and JENNIFER DEL VALLE, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>INDYMAC FEDERAL BANK, F.S.B., a Delaware Coporation; NDEX WET, LLC, a Delaware Corporation; ALLIANCE BANCORP, a California Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 5:09-cv-01940-JW (PVT)<br><br>STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC<br><br>[NO HEARING REQUIRED] |

IT IS HEREBY STIPULATED by and between Plaintiffs DANILO DEL VALLE, and JENNIFER DEL VALLE and Defendant NDEx WEST, LLC, through their undersigned attorneys of record, as follows:

STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC
-1-

1. Plaintiffs' claims in this action arise from the origination and/or servicing of a residential mortgage loan and primarily affect Plaintiffs, their original mortgage lender, its successor(s)-in-interest, and/or the loan servicing agent(s) for such mortgage lender(s). Defendant NDEx WEST, LLC had no involvement in the origination or servicing of the subject mortgage loan and has been joined as a defendant based upon its limited role in handling a non-judicial foreclosure as agent for the mortgage lender(s) and/or as successor trustee under the subject Deed of Trust and solely for the purpose of having all necessary parties before the Court.

2. Plaintiffs do not assert any claims for monetary relief against Defendant NDEx WEST, LLC, and their Complaint does not allege any misconduct on its part in the performance of its duties and/or in its handling of the non-judicial foreclosure as agent for the mortgage lender(s) and/or as successor trustee under the subject Deed of Trust. Defendant NDEx WEST, LLC shall have no liability to plaintiffs for any monetary damages, attorney's fees or costs of suit.

3. Defendant NDEx WEST, LLC agrees to be bound by any non-monetary judgment or order that may be entered by the Court concerning (a) ownership and title to the subject real property, (b) the validity, enforceability and priority of the subject Deed of Trust, and/or (c) the non-judicial foreclosure proceeding.

///

|   |   |
|---|---|
|   | THE LAW OFFICES OF CARLO O. REYES |
| Dated: 8/18, 2009 | By: _____<br>CARLO O. REYES, Attorney for Plaintiffs<br>DANILO DEL VALLE and JENNIFER DEL VALLE |
|   | BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP |
| Dated: 8/21, 2009 | By: _____<br>EDWARD A. TREDER, Attorneys for Defendant NDEx WEST, LLC |

STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC
-3-