**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking   General Court Number
Clerk                408.535.5364

October 7, 2009

RE: <u>CV 09-01940 JW</u>   <u>DANILO DEL VALLE, ET AL-v- INDYMACH FEDERAL BANK,F.S.B., ET AL</u>

Default is entered as to ***<u>Defendant Indymac Federal Bank, F.S.B. and Alliance Bancorp</u>*** on ***10/5/09***.


RICHARD W. WIEKING, Clerk


by<u>Cindy Vargas</u>
Case Systems Administrator


NDC TR-4  Rev. 3/89