EDWARD A. TREDER
State Bar No. 116307
THOMAS K. AGAWA
State Bar No. 175952
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Tel: (626) 915-5714
Fax: (626) 915-0289

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANILO DEL VALLE, an Individual, and JENNIFER DEL VALLE, an Individual,<br><br>                              Plaintiffs,<br>vs.<br><br>INDYMAC FEDERAL BANK, F.S.B., a Delaware Coporation; NDEX WET, LLC, a Delaware Corporation; ALLIANCE BANCORP, a California Corporation, and DOES 1 through 10, inclusive,<br><br>                              Defendants. | CASE NO. 5:09-cv-01940-PVT<br><br>STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC<br><br>[NO HEARING REQUIRED] |

1  IT IS HEREBY STIPULATED by and between plaintiffs DANILO DEL
2  VALLE, and JENNIFER DEL VALLE (collectively "Plaintiffs") and defendant
3
4  NDEx WEST, LLC, a Delaware corporation, ("Defendant NDEx WEST, LLC")
5  through their undersigned attorneys of record, as follows:
6
7    1.  Plaintiffs' claims in this action arise from the origination and/or
8  servicing of a residential mortgage loan and primarily affect Plaintiffs, their original
9  mortgage lender, its successor(s)-in-interest, and/or the loan servicing agent(s) for
10
11 such mortgage lender(s). Defendant NDEx WEST, LLC had no involvement in the
12 origination or servicing of the subject mortgage loan and has been joined as a
13 defendant based upon its limited role in handling a non-judicial foreclosure as agent
14
15 for the mortgage lender(s) and/or as successor trustee under the subject Deed of Trust
16 and solely for the purpose of having all necessary parties before the Court.
17    2.  Plaintiffs do not assert any claims for monetary relief against
18
19 Defendant NDEx WEST, LLC, and their Complaint does not allege any misconduct
20 on its part in the performance of its duties and/or in its handling of the non-judicial
21 foreclosure as agent for the mortgage lender(s) and/or as successor trustee under the
22
23 subject Deed of Trust. Defendant NDEx WEST, LLC shall have no liability to
24 plaintiffs for any monetary damages, attorney's fees or costs of suit.
25 ///
26
27
28

3.  Defendant NDEx WEST, LLC agrees to be bound by any non-monetary judgment or order that may be entered by the Court concerning (a) ownership and title to the subject real property, (b) the validity, enforceability and priority of the subject Deed of Trust, and/or (c) the non-judicial foreclosure proceeding.

THE LAW OFFICES OF CARLO O. REYES

Dated: October __, 2009     By: _____
                            CARLO O. REYES
                            Attorney for Plaintiffs DANILO DEL VALLE and JENNIFER DEL VALLE

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**

Dated: October __, 2009     By: _____
                            THOMAS K. AGAWA
                            Attorneys for Defendant NDEx WEST, LLC

3.     Defendant NDEx WEST, LLC agrees to be bound by any non-monetary judgment or order that may be entered by the Court concerning (a) ownership and title to the subject real property, (b) the validity, enforceability and priority of the subject Deed of Trust, and/or (c) the non-judicial foreclosure proceeding.

**THE LAW OFFICES OF CARLO O. REYES**

Dated: October __, 2009         By: _____
                                 CARLO O. REYES
                                 Attorney for Plaintiffs DANILO DEL
                                 VALLE and JENNIFER DEL VALLE

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**

Dated: October __, 2009         By: *[signature] Thomas K. Agawa*
                                 THOMAS K. AGAWA
                                 Attorneys for Defendant NDEx WEST, LLC